Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−31145−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kevin Michael O'Connor
   115 Hawthorne Street
   Neptune, NJ 07753−3917

Social Security No.:
   xxx−xx−2684

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on November 8, 2019 and a confirmation hearing on such Plan has been scheduled for January 15, 2020.

The debtor filed a Modified Plan on January 8, 2020 and a confirmation hearing on the Modified Plan is scheduled for March 4, 2020 at 10AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: January 9, 2020
JAN: mrg

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                        Case No. 19-31145-CMG
Kevin Michael O'Connor                                                                        Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin                Page 1 of 2                 Date Rcvd: Jan 09, 2020
                              Form ID: 186               Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 11, 2020.
```
db             Kevin Michael O'Connor,    115 Hawthorne Street,     Neptune, NJ   07753-3917
cr            +FREEDOM MORTGAGE CORPORATION,    Phelan Hallinan & Schmieg, PC,    1617 JFK Boulevard,
                Suite 1400,    Philadelphia, PA 19103-1814
518559277     +Citi/Sears,    Po Box 6283,   Sioux Falls, SD 57117-6283
518559276     +Citi/Sears,    Citibank/Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
518559279     +Citibank North America,    Po Box 6497,    Sioux Falls, SD 57117-6497
518559278     +Citibank North America,    Citibank Corp/Centralized Bankruptcy,    Po Box 790034,
                St Louis, MO 63179-0034
518652987     +FREEDOM MORTGAGE CORPORATION,    FREEDOM MORTGAGE,    Bankruptcy Department,
                10500 KINCAID DRIVE,    FISHERS IN 46037-9764
518559280     +Freedom Mortgage,    PO Box 619063,    Dallas, TX 75261-9063
518559281     +Freedom Mortgage Corp,    c/o Pluese, Becker & Saltzman,    20000 Horizon Way, Ste 900,
                Mount Laurel, NJ 08054-4318
518559283     +Master Card,    PO Box 6276,   Sioux Falls, SD 57117-6276
518559284     +Monmouth County Sheriff,    Foreclosure Unit,    2500 Kozloski Road,    Freehold, NJ 07728-4424
518559285     +Santander Bank,    Mail Code: MA1-MB3-01-21,    2 Morrissey Boulevard,    Boston, MA 02125-3312
518559286     +Santander Bank,    Po Box 12646,    Reading, PA 19612-2646
518559287     +State of New Jersey,    Department of Treasury,    P. O. Box 245,    Trenton, NJ 08602-0245
518559290    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Financial Services,    Attn: Bankruptcy Dept,    Po Box 8026,
                Cedar Rapids, IA 52409)
518559289     +Township of Neptune - Sewer Utility,    25 Neptune Blvd.,    Neptune, NJ 07753-4814
518559291      Toyota Financial Services,    111 W 22nd St,    Oakbrook, IL 60521
518574964     +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jan 10 2020 00:10:20     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 10 2020 00:10:17     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
518559282      E-mail/Text: cio.bncmail@irs.gov Jan 10 2020 00:09:57     Internal Service Revenue,
                PO Box 7346,    Philadelphia, PA 19101-7346
518561953     +E-mail/PDF: gecsedi@recoverycorp.com Jan 10 2020 00:21:02     Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518559288     +E-mail/Text: MNARCISO@NEPTUNETOWNSHIP.ORG Jan 10 2020 00:10:51     Township of Neptune,
                Tax Collector's,    PO Box 1167,    Neptune, NJ 07754-1167
                                                                                             TOTAL: 5
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 9, 2020 at the address(es) listed below:
```
              Albert  Russo    docs@russotrustee.com
              Andrew L. Spivack    on behalf of Creditor   FREEDOM MORTGAGE CORPORATION nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Robert  Davidow    on behalf of Creditor   FREEDOM MORTGAGE CORPORATION nj.bkecf@fedphe.com
```

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: Jan 09, 2020
                              Form ID: 186             Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
          William H. Oliver, Jr.   on behalf of Debtor Kevin Michael O'Connor woliver@oliverandlegg.com, R59915@notify.bestcase.com

                                                                                             TOTAL: 6