UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

William H. Oliver, Jr., Esq.
OLIVER & LEGG, LLC
2240 State Highway 33, Suite 112
Neptune, NJ  07753
(732)988-1500 – Telefax (732) 775-7404
Attorney for Debtor(s)

Order Filed on February 6, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

KEVIN MICHAEL O'CONNOR

                Debtor

Case No.: 19-31145

Adv. No.:

Hearing Date:

Chapter 13

Judge: Christine M. Gravelle

**ORDER ALLOWING DEBTOR TO PROVIDE
ANSWERS TO 341 INTERROGATORIES**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: February 6, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtors:    KEVIN MICHAEL O'CONNOR
Case No.:    19-31145(CMG)
Caption of Order:  ORDER ALLOWING DEBTOR TO PROVIDE ANSWERS TO 341 INTERROGATORIES
Page 2

**THIS MATTER**, having been brought before this Court by William H. Oliver, Jr., Esq., attorney for the debtor, Kevin O'Connor, to allow debtor to provide written answers to 341 Interrogatories and for good cause shown;

**IT IS HEREBY ORDERED** that the debtor, Kevin O'Connor, will be allowed to provide answers to 341 Interrogatories with __30__ days from the date of this Order; and it is

**FURTHER ORDERED** that a copy of this Order shall be served on all interested parties within __5__ days of the date of this Order.