| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>William H. Oliver, Jr., Esq.<br>OLIVER & LEGG, LLC<br>2240 State Highway 33, Suite 112<br>Neptune, NJ  07753<br>(732)988-1500 – Telefax (732) 775-7404<br>Attorney for Debtor(s) | Order Filed on February 6, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |

| | |
|---|---|
| In Re:<br><br>KEVIN MICHAEL O'CONNOR<br><br><br>　　　　　　　　　　Debtor | Case No.: 19-31145<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Chapter 13<br><br>Judge: Christine M. Gravelle |

**ORDER ALLOWING DEBTOR TO PROVIDE**
**ANSWERS TO 341 INTERROGATORIES**

　　　The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: February 6, 2020**

　　　　　　　　　　　　　　　　　　　　　　　　Honorable Christine M. Gravelle
　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

Debtors:    KEVIN MICHAEL O'CONNOR
Case No.:   19-31145(CMG)
Caption of Order:  ORDER ALLOWING DEBTOR TO PROVIDE ANSWERS TO 341 INTERROGATORIES
Page 2

**THIS MATTER**, having been brought before this Court by William H. Oliver, Jr., Esq., attorney for the debtor, Kevin O'Connor, to allow debtor to provide written answers to 341 Interrogatories and for good cause shown;

**IT IS HEREBY ORDERED** that the debtor, Kevin O'Connor, will be allowed to provide answers to 341 Interrogatories with __30__ days from the date of this Order; and it is

**FURTHER ORDERED** that a copy of this Order shall be served on all interested parties within __5__ days of the date of this Order.

United States Bankruptcy Court
District of New Jersey

In re:  
Kevin Michael O'Connor  
    Debtor

Case No. 19-31145-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Feb 06, 2020  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2020.  
db         Kevin Michael O'Connor,    115 Hawthorne Street,    Neptune, NJ   07753-3917

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                             TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2020                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2020 at the address(es) listed below:  
       Albert   Russo    docs@russotrustee.com  
       Andrew L. Spivack    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION nj.bkecf@fedphe.com  
       Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation  
       dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com  
       Robert   Davidow    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION nj.bkecf@fedphe.com  
       Robert W. Keyser    on behalf of Creditor    BB 316 Investments, LLC rkeyser@taylorandkeyser.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
       William H. Oliver, Jr.    on behalf of Debtor Kevin Michael O'Connor courtdocs@oliverandlegg.com,  
       R59915@notify.bestcase.com  
                                                                                                                           TOTAL: 7