UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

833099
PHELAN HALLINAN DIAMOND & JONES, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
Attorneys for Secured Creditor: FREEDOM MORTGAGE CORPORATION

**Order Filed on March 30, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Kevin Michael O'Connor

Case No: 19-31145 - CMG

Hearing Date: 03/04/2020

Judge:  Christine M. Gravelle

## CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION

The consent order set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: March 30, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**NJID 833099**
PHELAN HALLINAN DIAMOND & JONES, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
Attorneys for FREEDOM MORTGAGE CORPORATION

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE:

Kevin Michael O'Connor

Debtor

Case No. 19-31145 - Cmg

Chapter 13

Consent Order Resolving
Objection To Confirmation

Hearing Date: 03/04/2020

This Consent Order pertains to the property located at 115 Hawthorne Street, Neptune, NJ 07753, mortgage account ending with "1706";

THIS MATTER having been brought before the Court by William H. Oliver, Jr., Esquire attorney for debtor, KEVIN MICHAEL O'CONNOR, upon the filing of a Chapter 13 Plan, FREEDOM MORTGAGE CORPORATION by and through its attorneys, Phelan Hallinan Diamond & Jones, PC having filed an Objection to the Confirmation of said Chapter 13 Plan and the parties having subsequently resolved their differences; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for other and good cause shown:

IT IS ORDERED as follows:

1. Freedom Mortgage Corporation has filed a valid, secured Proof of Claim in the amount of $34,193.98.

2. The Trustee is authorized to disburse on the secured arrearage claim of Freedom Mortgage Corporation in the amount of $34,193.98 (Claim 2-1) pending Debtor potentially completing a loan modification. Should the debtor qualify for a loan modification, the loan modification must be approved no later than **May 6, 2020**

3. If Loan Modification is approved, Freedom Mortgage Corporation shall file an Amended Proof of Claim showing the amount of arrears paid to date by the Trustee.

4. If a loan modification is not approved by **May 6, 2020**, the debtor shall do one of the following: 1) file a Modified Plan to cure the arrearage claim of Movant; or 2) file a Modified Plan to surrender the property subject to said claim; or 3) a Notice to Convert to Chapter 7; or 4) a Notice to Dismiss Case.

5. Debtor shall tender adequate protection payments to Freedom Mortgage Corporation as required by the Loss Mitigation Program (LMP). The adequate protection payments will continue only while the Debtor is in LMP. The Loss Mitigation Program is scheduled to terminate on **May 6, 2020**. If the Debtor fails to make adequate protection payments, Freedom Mortgage Corporation will file an Application for Early Termination of LMP. Once the Loss Mitigation Program terminates on **May 6, 2020**, or an earlier date confirmed by the court, the Debtor shall cease tendering the reduced adequate protection payments and begin making regular monthly mortgage payments to Freedom Mortgage Corporation as required by the mortgage and note.

6. This Consent Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.

The undersigned hereby consent to the form,
Content and entry of the within Order:

PHELAN HALLINAN DIAMOND & JONES, PC
Attorneys for Secured Creditor:
FREEDOM MORTGAGE CORPORATION

/s/ Robert J. Davidow
Robert J. Davidow, Esq.
Phelan Hallinan Diamond & Jones, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
Tel: 856-813-5500 Ext. 47960
Fax: 856-813-5501
Email: Robert.Davidow@phelanhallinan.com

                Dated:  3/19/2020

/s/ William H. Oliver Jr.          Dated: 3/19/2020
William H. Oliver, Jr., Esquire
Attorney for Debtor

United States Bankruptcy Court
District of New Jersey

In re:  
Kevin Michael O'Connor  
      Debtor

Case No. 19-31145-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Mar 30, 2020  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2020.
db         Kevin Michael O'Connor,    115 Hawthorne Street,    Neptune, NJ  07753-3917

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                  TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2020                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 30, 2020 at the address(es) listed below:
           Albert  Russo    docs@russotrustee.com
           Andrew L. Spivack    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION nj.bkecf@fedphe.com
           Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
           Robert  Davidow    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION nj.bkecf@fedphe.com
           Robert W. Keyser    on behalf of Creditor    BB 316 Investments, LLC rkeyser@taylorandkeyser.com
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
           William H. Oliver, Jr.    on behalf of Debtor Kevin Michael O'Connor courtdocs@oliverandlegg.com, R59915@notify.bestcase.com
                                                                                                                                              TOTAL: 7