UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with**
**D.N.J.LBR 9004-1**

**STEWART LEGAL GROUP, P.L**.
*Formed in the State of Florida*
Gavin N. Stewart, Esq.
*Of Counsel to Bonial & Associates, P.C.*
401 East Jackson Street, Suite 2340
Tampa, FL 33602
Tel: 813-371-1231/Fax: 813-371-1232
E-mail: gavin@stewartlegalgroup.com
*Attorney for Creditor*

In re:

Kevin Michael O'Connor

         Debtor.

**Order Filed on March 5, 2021**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

Chapter: 13

Case No.: 19-31145-CMG

Hearing Date: March 3, 2021

Judge Christine M. Gravelle

## CONSENT ORDER RESOLVING MOTION TO VACATE AUTOMATIC STAY

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: March 5, 2021**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtor:              Kevin Michael O'Connor
Case No.:            19-31145-CMG
Caption of Order:    **CONSENT ORDER RESOLVING MOTION TO VACATE
                     AUTOMATIC STAY**

THIS MATTER having been opened to the Court upon the Motion to Vacate Automatic

Stay ("Motion") filed by Toyota Motor Credit Corporation ("Creditor"), whereas the post-petition

arrearage amount was $6,282.80, as of March 1, 2021, and whereas the Debtor and Creditor seek

to resolve the Motion, it is hereby **ORDERED**:

1.      The automatic stay provided under 11 U.S.C. §362(a) shall remain in effect as to

Creditor's interest in the following property: **2016 Toyota Rav4, VIN: 2T3JFREV1GW530737**.

("Property") provided that the Debtor complies with the following:

   a.   On or before March 12, 2021, the Debtor shall file a modified plan that includes

        payment in full of the above post-petition arrearage in the amount of $6,282.80, as

        well as the remaining pre-petition arrearage and all amounts due on the underlying

        loan; and

   b.   In addition to the above, the Debtor shall resume making the regular monthly

        payments to Creditor as they become due beginning with the March 20, 2021

        payment.

2.      All payments due hereunder shall be sent directly to Creditor at the following

address: **Toyota Motor Credit Corporation, P.O. Box 9490, Cedar Rapids, Iowa 52409-9490**.

3.      The Debtor will be in default under the Consent Order in the event that the Debtor

fails to comply with the payment terms and conditions set forth in above Paragraphs and/or if the

Debtor fails to make any payment due to Creditor under the Chapter 13 Plan.

4.      If the Debtor fails to cure the default within thirty (30) days from the date of default,

Creditor may submit an order lifting the automatic stay imposed under 11 U.S.C. § 362(a) and

permitting Creditor to exercise any rights under the loan documents with respect to the Property.

5.      Creditor is awarded reimbursement of attorney fees and costs in the amount of

$250.00 and $181.00, respectfully to be paid through the Chapter 13 Plan.

**STIPULATED AND AGREED**:


*/s/ R. Cameron Legg*                              */s/Gavin N. Stewart*
R. Cameron Legg, Esq.                          Gavin N. Stewart, Esq.
Oliver & Legg, LLC                                Stewart Legal Group, P.L.
2240 State Highway 33, Suite 112          401 East Jackson Street,
Neptune, NJ 07753                               Suite 2340
*Counsel to Debtor*                               *Counsel to Creditor*

United States Bankruptcy Court

District of New Jersey

In re:                                                                          Case No. 19-31145-CMG

Kevin Michael O'Connor                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 05, 2021 | Form ID: pdf903 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Kevin Michael O'Connor, 115 Hawthorne Street, Neptune, NJ 07753-3917 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2021                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 5, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Andrew L. Spivack | on behalf of Creditor FREEDOM MORTGAGE CORPORATION andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| Andrew L. Spivack | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Toyota Motor Credit Corporation bk@stewartlegalgroup.com |
| Nicole Marie Savage | on behalf of Creditor FREEDOM MORTGAGE CORPORATION nicole.savage@brockandscott.com |
| Robert P. Saltzman | |

on behalf of Creditor Freedom Mortgage Corporation dnj@pbslaw.org

Robert W. Keyser

on behalf of Creditor BB 316 Investments  LLC rkeyser@taylorandkeyser.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

William H. Oliver, Jr.

on behalf of Debtor Kevin Michael O'Connor courtdocs@oliverandlegg.com  R59915@notify.bestcase.com


TOTAL: 11