Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−31145−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kevin Michael O'Connor
   115 Hawthorne Street
   Neptune, NJ 07753−3917

Social Security No.:
   xxx−xx−2684

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on January 13, 2021.

On March 16, 2021 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date:         April 21, 2021
Time:         10:00 AM
Location:     Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: March 17, 2021
JAN: wdr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:      Case No. 19-31145-CMG

Kevin Michael O'Connor      Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 3
Date Rcvd: Mar 17, 2021     Form ID: 185     Total Noticed: 28

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Kevin Michael O'Connor, 115 Hawthorne Street, Neptune, NJ 07753-3917 |
| cr | + | FREEDOM MORTGAGE CORPORATION, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | Freedom Mortgage Corporation, Brock & Scott, PLLC, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| cr | + | Freedom Mortgage Corporation, Attn: BK Dept., 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| cr | + | Toyota Motor Credit Corporation, P.O. Box 340514, Tampa, FL 33694-0514 |
| 518658261 | + | BB 316 Investments LLC, PO Box 953, Lakewood, NJ 08701-0953 |
| 518652987 | + | FREEDOM MORTGAGE CORPORATION, FREEDOM MORTGAGE, Bankruptcy Department, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |
| 518559280 | + | Freedom Mortgage, PO Box 619063, Dallas, TX 75261-9063 |
| 518559281 | + | Freedom Mortgage Corp, c/o Pluese, Becker & Saltzman, 20000 Horizon Way, Ste 900, Mount Laurel, NJ 08054-4318 |
| 518559284 | + | Monmouth County Sheriff, Foreclosure Unit, 2500 Kozloski Road, Freehold, NJ 07728-4424 |
| 518559285 | + | Santander Bank, Mail Code: MA1-MB3-01-21, 2 Morrissey Boulevard, Boston, MA 02125-3312 |
| 518559286 | + | Santander Bank, Po Box 12646, Reading, PA 19612-2646 |
| 518559287 | + | State of New Jersey, Department of Treasury, P. O. Box 245, Trenton, NJ 08602-0245 |
| 518559290 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Financial Services, Attn: Bankruptcy Dept, Po Box 8026, Cedar Rapids, IA 52409 |
| 518559289 | + | Township of Neptune - Sewer Utility, 25 Neptune Blvd., Neptune, NJ 07753-4814 |
| 518559291 | | Toyota Financial Services, 111 W 22nd St, Oakbrook, IL 60521 |
| 518574964 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 17 2021 21:15:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 17 2021 21:15:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518559277 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 17 2021 23:55:51 | Citi/Sears, Po Box 6283, Sioux Falls, SD 57117-6283 |
| 518559276 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 17 2021 23:35:05 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518559279 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 17 2021 23:35:09 | Citibank North America, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 518559278 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 17 2021 23:44:39 | Citibank North America, Citibank Corp/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518660506 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 17 2021 23:44:03 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518559282 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 17 2021 21:14:00 | Internal Service Revenue, PO Box 7346, |

Case 19-31145-CMG    Doc 90    Filed 03/19/21    Entered 03/20/21 00:23:27    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 17, 2021 | Form ID: 185 | Total Noticed: 28 |

| | | | | |
|---|---|---|---|---|
| | | | | Philadelphia, PA 19101-7346 |
| 518559283 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 17 2021 23:44:39 | Master Card, PO Box 6276, Sioux Falls, SD 57117-6276 |
| 518561953 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 17 2021 23:54:14 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518559288 | + | Email/Text: MNARCISO@NEPTUNETOWNSHIP.ORG | Mar 17 2021 21:16:00 | Township of Neptune, Tax Collector's, PO Box 1167, Neptune, NJ 07754-1167 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | BB 316 Investments, LLC, PO Box 953, Lakewood, NJ 08701-0953 |
| lm | *+ | Freedom Mortgage, P.O. Box 619063, Dallas, TX 75261-9063 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 19, 2021                        Signature:         /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Andrew L. Spivack | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| Andrew L. Spivack | on behalf of Creditor FREEDOM MORTGAGE CORPORATION andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Toyota Motor Credit Corporation bk@stewartlegalgroup.com |
| Matthew K. Fissel | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com |
| Nicole Marie Savage | on behalf of Creditor FREEDOM MORTGAGE CORPORATION nicole.savage@brockandscott.com |

Robert P. Saltzman
    on behalf of Creditor Freedom Mortgage Corporation dnj@pbslaw.org

Robert W. Keyser
    on behalf of Creditor BB 316 Investments LLC rkeyser@taylorandkeyser.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William H. Oliver, Jr.
    on behalf of Debtor Kevin Michael O'Connor courtdocs@oliverandlegg.com R59915@notify.bestcase.com

TOTAL: 12