| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Robert W. Keyser, Esquire<br>Taylor and Keyser LLC<br>89 Haddon Avenue, Ste. B2<br>Haddonfield, New Jersey 08033<br>609 803-2180<br>Attorneys for BB 316 Investments LLC | Order Filed on May 5, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
|---|---|
| In Re:<br><br>Kevin Michael O'Connor, Debtor | Chapter 13<br><br>Case No.: 19-31145 CMG |

### CONSENT ORDER FOR RELIEF FROM THE AUTOMATIC DEBTOR STAY

The relief set forth on the following pages 2 and 3, is hereby **ORDERED**.

**DATED: May 5, 2021**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Kevin Michael O'Connor    Chapter 13    Docket No. 19-31145 CMG
**CONSENT ORDER RESOLVING MOTION FOR RELIEF FROM STAY**
Page 2 of 3

This matter having come before the Court on the Motion for Relief from the Automatic Stay filed on behalf of secured creditor BB 316 Investments LLC, and the parties having consented to the resolution set forth herein, it is ORDERED that:

1. The Debtor acknowledges that he has failed to pay post-petition real estate taxes on her property at 115 Hawthorne Street, Neptune, New Jersey.

2. The Debtor has agreed to, and has filed an Amended Plan that provides for the sale of the property on or before August 31, 2021. The tax lien of BB 316 Investments LLC shall be redeemed, in full, in the sum determined by the tax collector of the Township of Neptune, from the proceeds of the sale of the property.

3. The Debtor shall remain current in all post-petition property taxes and other municipal charges through the date of the sale of the property.

4. In the event that the Debtor shall fail to comply with the terms of this Order for a period of thirty (30) days, or the Debtor's modified Plan shall fail to be confirmed, Movant may so certify to this Court, on notice to the Debtor, Debtor's counsel and the Trustee, and an Order may be entered granting relief from the stay as sought in this motion.

Kevin Michael O'Connor    Chapter 13    Docket No. 19-31145 CMG
**CONSENT ORDER RESOLVING MOTION FOR RELIEF FROM STAY**
Page 3 of 3

    4.    Counsel fees and costs are awarded to Counsel for the Movant in the sum of $681.00.

The undersigned agree to the form and entry of the within Order.

Taylor and Keyser LLC        Oliver & Legg, LLC

By: _____    By: _____
Robert W. Keyser, Esq.        William H. Oliver, Jr., Esq.
Attorneys for BB 316        Attorneys for the Debtor
Investments LLC