Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

 Case No.:  19−31145−CMG
 Chapter:  13
 Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kevin Michael O'Connor
   115 Hawthorne Street
   Neptune, NJ 07753−3917

Social Security No.:
   xxx−xx−2684

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 8/4/21 at 09:00 AM

to consider and act upon the following:

*116* − Creditor's Certification of Default (related document:95 Order on Motion For Relief From Stay) filed by Matthew K. Fissel on behalf of Freedom Mortgage Corporation. Objection deadline is 07/26/2021. (Attachments: # 1 Exhibit A # 2 Exhibit B) (Fissel, Matthew)

Dated: 7/16/21

 Jeanne Naughton
 Clerk, U.S. Bankruptcy Court