| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>20-09505 BKAOD01<br>BROCK & SCOTT, PLLC<br>302 Fellowship Rd, Suite 130<br>Mount Laurel, NJ 08054<br>(844) 856-6646<br>Attorneys for Freedom Mortgage Corporation | Order Filed on September 21, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>KEVIN MICHAEL O'CONNOR | Case No: 19-31145-CMG<br><br>Hearing Date: September 1, 2021<br><br>Judge: CHRISTINE M. GRAVELLE<br><br>Chapter: 13 |

## CONSENT ORDER RESOLVING CREDITOR'S CERTIFICATION OF DEFAULT

The consent order set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**

**DATED:**

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

**DATED: September 21, 2021**

*/s/ Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>20-09505 BKAOD01<br>BROCK & SCOTT, PLLC<br>302 Fellowship Rd, Suite 130<br>Mount Laurel, NJ 08054<br>(844) 856-6646<br>Attorneys for Freedom Mortgage Corporation | |
| In Re:<br><br>KEVIN MICHAEL O'CONNOR | Case No: 19-31145-CMG<br><br>Hearing Date: September 1, 2021<br><br>Judge: CHRISTINE M. GRAVELLE<br><br>Chapter: 13 |

  The Consent Order pertains to the property located at 115 Hawthorne St, Neptune, NJ 07753 ("Property"), mortgage account ending with "1706";

  This Matter having been brought before the Court by Freedom Mortgage Corporation ("Creditor") by and through its attorneys, Brock and Scott, PPLC, having filed a Certification of Default and the parties having subsequently resolved their differences; and the Court noting the consent of the parties of the form, substance and entry of the within Order, and for other and good cause shown:

  1. The Parties agree that the Property is currently subject to an agreement of sale, and the closing of the sale will result in payment of Creditor's Secured Claim in full.

  2. The Parties agree that the sale of the Property must close and payoff funds received by Creditor by September 30, 2021.

  3. The Creditor agrees that upon receipt of sufficient funds to pay off its Secured Claim in full, Creditor will withdraw the Certificate of Default.

    4.    The Debtor agrees that if the Certificate of Default is not withdrawn by September 30, 2021, the Court shall enter the Order for Relief attached to the Certificate of Default without any further notice.

The undersigned hereby consent to the form,
Content and entry of the within Order:

| | |
|---|---|
| BROCK AND SCOTT, PLLC | |
| Freedom Mortgage Corporation | DEBTOR(S) |
| By Its Attorney, | By Their Attorney, |
| | |
| /s/ Matthew Fissel | /s/_____ |
| Matthew Fissel | William H. Oliver, Jr, Esquire |
| (Bar No. 038152012) | Attorney for Debtor(s) |
| Attorney for Creditor | 2240 Highway 33, Suite 112, |
| BROCK & SCOTT, PLLC | Neptune, NJ 07753 |
| 302 Fellowship Road | Phone Number: 732) 988-1500 |
| Suite 130 | Fax: (732) 775-7404 |
| Mount Laurel, NJ 08054 | Email: bkwoliver@aol.com |
| Telephone:  844-856-6646 x 4535 | |
| Facsimile:  704-369-0760 | |
| E-Mail:  Matthew.Fissel@brockandscott.com | |
| | |
| Dated: September 3, 2021 | Dated: _____ |