| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>20-09505 BKAOD01<br>BROCK & SCOTT, PLLC<br>302 Fellowship Rd, Suite 130<br>Mount Laurel, NJ 08054<br>(844) 856-6646<br>Attorneys for Freedom Mortgage Corporation | Order Filed on September 21, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>KEVIN MICHAEL O'CONNOR | Case No: 19-31145-CMG<br><br>Hearing Date: September 1, 2021<br><br>Judge: CHRISTINE M. GRAVELLE<br><br>Chapter: 13 |

### CONSENT ORDER RESOLVING CREDITOR'S CERTIFICATION OF DEFAULT

The consent order set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**

**DATED:**

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

**DATED: September 21, 2021**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>20-09505 BKAOD01<br>BROCK & SCOTT, PLLC<br>302 Fellowship Rd, Suite 130<br>Mount Laurel, NJ 08054<br>(844) 856-6646<br>Attorneys for Freedom Mortgage Corporation | |
| In Re:<br><br>KEVIN MICHAEL O'CONNOR | Case No: 19-31145-CMG<br><br>Hearing Date: September 1, 2021<br><br>Judge: CHRISTINE M. GRAVELLE<br><br>Chapter: 13 |

      The Consent Order pertains to the property located at 115 Hawthorne St, Neptune, NJ 07753 ("Property"), mortgage account ending with "1706";

      This Matter having been brought before the Court by Freedom Mortgage Corporation ("Creditor") by and through its attorneys, Brock and Scott, PPLC, having filed a Certification of Default and the parties having subsequently resolved their differences; and the Court noting the consent of the parties of the form, substance and entry of the within Order, and for other and good cause shown:

      1.    The Parties agree that the Property is currently subject to an agreement of sale, and the closing of the sale will result in payment of Creditor's Secured Claim in full.

      2.    The Parties agree that the sale of the Property must close and payoff funds received by Creditor by September 30, 2021.

      3.    The Creditor agrees that upon receipt of sufficient funds to pay off its Secured Claim in full, Creditor will withdraw the Certificate of Default.

4. The Debtor agrees that if the Certificate of Default is not withdrawn by September 30, 2021, the Court shall enter the Order for Relief attached to the Certificate of Default without any further notice.

The undersigned hereby consent to the form,
Content and entry of the within Order:

BROCK AND SCOTT, PLLC
Freedom Mortgage Corporation
By Its Attorney,

/s/ Matthew Fissel
Matthew Fissel
(Bar No. 038152012)
Attorney for Creditor
BROCK & SCOTT, PLLC
302 Fellowship Road
Suite 130
Mount Laurel, NJ 08054
Telephone:  844-856-6646 x 4535
Facsimile:  704-369-0760
E-Mail:  Matthew.Fissel@brockandscott.com

Dated: September 3, 2021

DEBTOR(S)
By Their Attorney,

/s/_____
William H. Oliver, Jr, Esquire
Attorney for Debtor(s)
2240 Highway 33, Suite 112,
Neptune, NJ 07753
Phone Number: 732) 988-1500
Fax: (732) 775-7404
Email: bkwoliver@aol.com

Dated: _____

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                            Case No. 19-31145-CMG

Kevin Michael O'Connor                                                                                         Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 21, 2021 | Form ID: pdf903 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Kevin Michael O'Connor, 115 Hawthorne Street, Neptune, NJ 07753-3917 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2021                                                  Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Andrew L. Spivack | on behalf of Creditor FREEDOM MORTGAGE CORPORATION andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| Andrew L. Spivack | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Toyota Motor Credit Corporation bk@stewartlegalgroup.com |
| Matthew K. Fissel | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com matthew.fissel@brockandscott.com |
| Matthew K. Fissel | |

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 21, 2021 | Form ID: pdf903 | Total Noticed: 1 |

    on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com matthew.fissel@brockandscott.com

Nicole Marie Savage
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION nicole.savage@brockandscott.com

Robert P. Saltzman
    on behalf of Creditor Freedom Mortgage Corporation dnj@pbslaw.org

Robert W. Keyser
    on behalf of Creditor BB 316 Investments  LLC rkeyser@taylorandkeyser.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William H. Oliver, Jr.
    on behalf of Debtor Kevin Michael O'Connor courtdocs@oliverandlegg.com  R59915@notify.bestcase.com

TOTAL: 13