Form ovolcnv − ovolcnvv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  19−31145−CMG
Chapter:  7
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Kevin Michael O'Connor
    198 Spring Street
    Whiting, NJ 08759
Social Security No.:
    xxx−xx−2684
Employer's Tax I.D. No.:

---

## ORDER Re VOLUNTARY CONVERSION FROM CHAPTER 13 TO CHAPTER 7

        The Court having noted the voluntary conversion to chapter 7 by the debtor, and for good cause shown, it is hereby

        ORDERED that within 120 days of the date of this order the chapter 13 trustee shall file a Final Report including an accounting of all receipts and distributions or a statement indicating why the report cannot be filed, and it is further

        ORDERED that upon the filing of the Final Report the chapter 13 trustee is discharged as trustee of the estate and the bond is canceled, and it is further

        ORDERED that within 14 days the debtor shall file:

.    amendments to previously filed schedules and statements as necessary,

.    all schedules and statements required by 11 U.S.C. § 521(a), if such documents have not already been filed, and

.    a schedule of all property which was acquired after the commencement of the case, but before the entry of this order, and

.    a schedule of executory contracts and unexpired leases entered into or assumed after the commencement of the case, but before the entry of this order, and

.    a schedule of unpaid debts incurred after the commencement of the case, but before the entry of this order.

Dated: December 7, 2021
JAN: pbf

Christine M. Gravelle
United States Bankruptcy Judge

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 19-31145-CMG

Kevin Michael O'Connor                                                                          Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 07, 2021 | Form ID: ovolcnv | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Kevin Michael O'Connor, 198 Spring Street, Whiting, NJ 08759 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 07 2021 20:30:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2021                          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Andrew L. Spivack | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com  wbecf@brockandscott.com |

District/off: 0312-3                            User: admin                            Page 2 of 2

Date Rcvd: Dec 07, 2021                        Form ID: ovolcnv                        Total Noticed: 2

Andrew L. Spivack
                    on behalf of Creditor FREEDOM MORTGAGE CORPORATION andrew.spivack@brockandscott.com
                    wbecf@brockandscott.com

Denise E. Carlon
                    on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Gavin Stewart
                    on behalf of Creditor Toyota Motor Credit Corporation bk@stewartlegalgroup.com

Matthew K. Fissel
                    on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  matthew.fissel@brockandscott.com

Matthew K. Fissel
                    on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com
                    matthew.fissel@brockandscott.com

Nicole Marie Savage
                    on behalf of Creditor FREEDOM MORTGAGE CORPORATION nicole.savage@brockandscott.com

Robert P. Saltzman
                    on behalf of Creditor Freedom Mortgage Corporation dnj@pbslaw.org

Robert W. Keyser
                    on behalf of Creditor BB 316 Investments  LLC rkeyser@taylorandkeyser.com

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov

William H. Oliver, Jr.
                    on behalf of Debtor Kevin Michael O'Connor courtdocs@oliverandlegg.com  R59915@notify.bestcase.com


TOTAL: 13