UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: **KEVIN MICHAEL O'CONNOR**

Case No.: 19-31145
Chapter: 7
Judge: CMG

## NOTICE OF PROPOSED ABANDONMENT

__Bunce D. Atkinson__, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clarkson S. Fisher US Courthouse
402 East State Street
Trenton, NJ 08608 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable __Christine M. Gravelle__ on __March 1, 2022__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 115 Hawthorne Street
Neptune, NJ
Value - $272,310.00 |
|---|---|

| Liens on property: | Freedom Mortgage Corp
$321,406.00 |
|---|---|

| Amount of equity claimed as exempt: | $24,148.87 |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name: Bunce D. Atkinson, Chapter 7 Trustee
Address: 1011 Highway 71, Suite 200 Spring Lake, NJ 07762-2030
Telephone No.: (732) 449-0525

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                                           Case No. 19-31145-CMG
Kevin Michael O'Connor                                                                           Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3  User: admin  Page 1 of 3
Date Rcvd: Jan 25, 2022  Form ID: pdf905  Total Noticed: 32

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Kevin Michael O'Connor, 198 Spring Street, Whiting, NJ 08759 |
| r | + | EXP Realty, 28 Valley Road Suite 1, Montclair, NJ 07042-2709 |
| cr | + | FREEDOM MORTGAGE CORPORATION, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | Freedom Mortgage Corporation, Attn: BK Dept., 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| cr | + | Freedom Mortgage Corporation, Brock & Scott, PLLC, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| r | + | Pittenger Realty, 2260 State Highway 33, Suite 1, Neptune, NJ 07753-6113 |
| cr | + | Toyota Motor Credit Corporation, P.O. Box 340514, Tampa, FL 33694-0514 |
| 518658261 | + | BB 316 Investments LLC, PO Box 953, Lakewood, NJ 08701-0953 |
| 518652987 | + | FREEDOM MORTGAGE CORPORATION, FREEDOM MORTGAGE, Bankruptcy Department, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |
| 518559280 | + | Freedom Mortgage, PO Box 619063, Dallas, TX 75261-9063 |
| 518559281 | + | Freedom Mortgage Corp, c/o Pluese, Becker & Saltzman, 20000 Horizon Way, Ste 900, Mount Laurel, NJ 08054-4318 |
| 518559284 | + | Monmouth County Sheriff, Foreclosure Unit, 2500 Kozloski Road, Freehold, NJ 07728-4424 |
| 518559287 | + | State of New Jersey, Department of Treasury, P. O. Box 245, Trenton, NJ 08602-0245 |
| 518559289 | + | Township of Neptune - Sewer Utility, 25 Neptune Blvd., Neptune, NJ 07753-4814 |
| 518574964 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 25 2022 20:34:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 25 2022 20:34:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518559277 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 25 2022 20:39:56 | Citi/Sears, Po Box 6283, Sioux Falls, SD 57117-6283 |
| 518559276 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 25 2022 20:39:44 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518559279 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 25 2022 20:40:10 | Citibank North America, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 518559278 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 25 2022 20:39:45 | Citibank North America, Citibank Corp/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518660506 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 25 2022 20:39:56 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519479634 | | Email/PDF: creditonebknotifications@resurgent.com | Jan 25 2022 20:39:42 | Credit One Bank, P. O. Box 60500, City Of Industry, CA 91716-0500 |
| 518559282 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 25 2022 20:34:00 | Internal Service Revenue, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519479633 | | Email/Text: JCAP_BNC_Notices@jcap.com | | |

| | | | |
|---|---|---|---|
| District/off: 0312-3 | User: admin | | Page 2 of 3 |
| Date Rcvd: Jan 25, 2022 | Form ID: pdf905 | | Total Noticed: 32 |

| | | | | |
|---|---|---|---|---|
| | | | Jan 25 2022 20:34:00 | Aspire, Payment Processing, P. O. Box 23063, Columbus, GA 31902-3063 |
| 518559283 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 25 2022 20:40:11 | Master Card, PO Box 6276, Sioux Falls, SD 57117-6276 |
| 518559286 | + | Email/Text: DeftBkr@santander.us | Jan 25 2022 20:34:00 | Santander Bank, Po Box 12646, Reading, PA 19612-2646 |
| 518559285 | + | Email/Text: DeftBkr@santander.us | Jan 25 2022 20:34:00 | Santander Bank, Mail Code: MA1-MB3-01-21, 2 Morrissey Boulevard, Boston, MA 02125-3312 |
| 518561953 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 25 2022 20:39:37 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518559290 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jan 25 2022 20:34:00 | Toyota Financial Services, Attn: Bankruptcy Dept, Po Box 8026, Cedar Rapids, IA 52409 |
| 518559288 | + | Email/Text: MNARCISO@NEPTUNETOWNSHIP.ORG | Jan 25 2022 20:34:00 | Township of Neptune, Tax Collector's, PO Box 1167, Neptune, NJ 07754-1167 |
| 518559291 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jan 25 2022 20:34:00 | Toyota Financial Services, 111 W 22nd St, Oakbrook, IL 60521 |
| 518574964 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jan 25 2022 20:34:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | BB 316 Investments, LLC, PO Box 953, Lakewood, NJ 08701-0953 |
| lm | *+ | Freedom Mortgage, P.O. Box 619063, Dallas, TX 75261-9063 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2022            Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Andrew L. Spivack | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| Andrew L. Spivack | on behalf of Creditor FREEDOM MORTGAGE CORPORATION andrew.spivack@brockandscott.com |

Case 19-31145-CMG    Doc 153    Filed 01/27/22    Entered 01/28/22 00:15:46    Desc
Imaged Certificate of Notice    Page 4 of 4

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 25, 2022 | Form ID: pdf905 | Total Noticed: 32 |

| | |
|---|---|
| | wbecf@brockandscott.com |
| Bunce Atkinson | |
| | bunceatkinson@aol.com  NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com |
| Denise E. Carlon | |
| | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Gavin Stewart | |
| | on behalf of Creditor Toyota Motor Credit Corporation bk@stewartlegalgroup.com |
| Matthew K. Fissel | |
| | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com matthew.fissel@brockandscott.com |
| Matthew K. Fissel | |
| | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  matthew.fissel@brockandscott.com |
| Nicole Marie Savage | |
| | on behalf of Creditor FREEDOM MORTGAGE CORPORATION nicole.savage@brockandscott.com |
| Robert P. Saltzman | |
| | on behalf of Creditor Freedom Mortgage Corporation dnj@pbslaw.org |
| Robert W. Keyser | |
| | on behalf of Creditor BB 316 Investments  LLC rkeyser@taylorandkeyser.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |
| William H. Oliver, Jr. | |
| | on behalf of Debtor Kevin Michael O'Connor courtdocs@oliverandlegg.com  R59915@notify.bestcase.com |

TOTAL: 13