UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                                  Case No.  19-31145-CMG

Debtor        Kevin Michael O'Connor           Chapter  7

**NOTICE OF TELEPHONIC HEARING ON REAFFIRMATION AGREEMENT**

You are hereby notified of a hearing before the Honorable Christine M. Gravelle, United States Bankruptcy Judge.

SUBJECT OF HEARING: Reaffirmation Agreement between Debtor and

Toyota Motor Credit Corporation

LOCATION OF HEARING:   United States Courthouse
402 East State Street
Courtroom No. 3
Trenton, New Jersey 08608

DATE AND TIME:   March 1, 2022 at 12:00PM

THE DEBTOR(S) MAY CONTACT THE COURT AT (609)858-9370 WITHIN 5 DAYS OF THE HEARING DATE TO APPEAR BY PHONE OR REQUEST A MORE CONVENIENT TIME

**NOTICE**
**REAFFIRMATION AGREEMENT - FORM B2400A**

The Director of the Administrative Office of the United States Courts has published a

recommended form of reaffirmation agreement, Form  B2400A .  This reaffirmation agreement form

is available on this court's website at www.njb.uscourts.gov.  Click on forms, then National

Forms.

If you have not already done so, please file a substitute reaffirmation agreement using Form B2400A

 prior to the hearing.

JEANNE A. NAUGHTON, CLERK

Rachel Stillwell
By Deputy Clerk

I hereby certify that  I mailed a copy of the above notice to each of
the following:  Debtor, Attorney for debtor ( if any), Creditor, and Attorney for creditor (if any)
Rachel Stillwell
Deputy Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                              Case No. 19-31145-CMG

Kevin Michael O'Connor                                                                              Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                        User: admin                        Page 1 of 2
Date Rcvd: Feb 03, 2022                     Form ID: pdf900                    Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 05, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Kevin Michael O'Connor, 198 Spring Street, Whiting, NJ 08759 |
| cr | + | Toyota Motor Credit Corporation, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Feb 03 2022 22:03:00 | Toyota Motor Credit Corporation, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 05, 2022                                  Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 3, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Andrew L. Spivack | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| Andrew L. Spivack | on behalf of Creditor FREEDOM MORTGAGE CORPORATION andrew.spivack@brockandscott.com  wbecf@brockandscott.com |

Case 19-31145-CMG    Doc 156    Filed 02/05/22    Entered 02/06/22 00:13:14    Desc
Imaged Certificate of Notice    Page 3 of 3

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 03, 2022 | Form ID: pdf900 | Total Noticed: 2 |

Bunce Atkinson
    bunceatkinson@aol.com NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com

Denise E. Carlon
    on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Gavin Stewart
    on behalf of Creditor Toyota Motor Credit Corporation bk@stewartlegalgroup.com

Matthew K. Fissel
    on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com matthew.fissel@brockandscott.com

Matthew K. Fissel
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com
    matthew.fissel@brockandscott.com

Nicole Marie Savage
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION nicole.savage@brockandscott.com

Robert P. Saltzman
    on behalf of Creditor Freedom Mortgage Corporation dnj@pbslaw.org

Robert W. Keyser
    on behalf of Creditor BB 316 Investments LLC rkeyser@taylorandkeyser.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William H. Oliver, Jr.
    on behalf of Debtor Kevin Michael O'Connor courtdocs@oliverandlegg.com R59915@notify.bestcase.com

TOTAL: 13