Form loccrtno – loccrtnov27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.:  19−31145−CMG
                Chapter:  7
                Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kevin Michael O'Connor
   198 Spring Street
   Whiting, NJ 08759

Social Security No.:
   xxx−xx−2684

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

    I  Pamela Fiero , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

115 Hawthorne Street, Neptune, NJ.

Dated: February 23, 2022
JAN: pbf

                              Jeanne Naughton
                              Clerk